JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS C. FRENCH,

                Petitioner,

        v.

R. JOHNSON, Warden,

                Respondent.

Case No. 2:21-cv-05099-JWH-SP

**JUDGMENT**

1   Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ

2   of Habeas Corpus,

3   It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

4   1.   The Petition is **DENIED**.

5   2.   This action is **DISMISSED with prejudice**.

6   **IT IS SO ORDERED.**

7

8   Dated:   August 21, 2023

9

10   HONORABLE JOHN W. HOLCOMB
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27